UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
**CARLA M. GRENVILLE,**                     :
:
      **Plaintiff**                                :
:
      v.                                          :    Civil Action No. 11-3622 (KSH)
:
**EQUABLE ASCENT FINANCIAL, LLC,**          :
:    REPORT AND RECOMMENDATION
:
      **Defendant**                               :
_____ :

    This matter having come before the Court for as a result of its Order, dated October 17, 2011, directing the plaintiff to show cause why sanctions should not be imposed for her failure to appear at the October 17, 2011 Rule 16 conference;

    and the parties having been notified of the hearing and the consequences of her failure to appear;

    and the defendant having appeared for the conference;

    and for the reasons set forth in the Opinion delivered on the record on November 3, 2011;

    IT IS ON THIS 3rd day of November, 2011

    RECOMMENDED THAT the United States District Judge dismiss the plaintiff's Complaint for her failure to appear at the October 17, 2011 conference and the November 3, 2011 hearing and her apparent abandonment of this case pursuant to Fed. R. Civ. P. 16 and/or 41. The parties having fourteen days to object to this Report and Recommendation; and

    IT IS FURTHER ORDERED THAT the defendant shall serve a copy of this Report and Recommendation upon the plaintiff by regular mail, certified mail/return receipt requested, fax (if available), and email (if available) and file a certificate of service with the Clerk of the Court.

                                      **s/Patty Shwartz**
                                      **UNITED STATES MAGISTRATE JUDGE**