**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CARLA M. GRENVILLE,

                     *Plaintiff,*

v.

EQUITABLE ASCENT FINANCIAL, LLC,

                     *Defendants.*

Civil Action No. 11-3622 (KSH)

**<u>ORDER</u>**

**<u>KATHARINE S. HAYDEN, U.S.D.J.</u>**

        This matter having come before the Court by way of Magistrate Judge Patty Shwartz's Report and Recommendation [D.E. 11] that the Court dismiss plaintiff's Complaint for failure to appear at an October 17, 2011 Rule 16 conference, subsequent failure to appear on November 3, 2011 to show cause why sanctions should not be imposed for missing the Rule 16 conference, and plaintiff's apparent abandonment of this action; and the parties having had 14 days to object to the Report and Recommendation pursuant to L. Civ. R. 72.1(c)(2); and none of the parties having filed an objection; good cause appearing,

        IT IS ON THIS 18th day of November, 2011,

        **ORDERED** that the Report and Recommendation [D.E. 11] is **adopted**, and it is further

        **ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's Complaint is **dismissed**. The Clerk of the Court is directed to close this case.

                                  /s/ Katharine S. Hayden
                                  Katharine S. Hayden, U.S.D.J.